**U.S. Department of Labor**  Wage and Hour Division
Washington, DC 20210



September 9, 2019

Tracy R. Miller  
Friday, Eldredge & Clark, LLP  
400 West Capitol Avenue, Suite 2000  
Little Rock, AR 72201-3522

Sent via email to *tmiller@fridayfirm.com*

RE: Freedom of Information Act Response  
     Tracking Number 879888

Dear Ms. Miller:

The Southwest Regional Office of the U.S. Department of Labor, Wage and Hour Division (WHD) is responding to your request made under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, dated June 13, 2019. Specifically, you asked for a copy of all files and documents relating to Little John Services, case file 1789408.

In accordance with 29 CFR § 70.20(a), we can only include responsive documents in our possession as of the date our search began. The search began on June 21, 2019. An electronic search of the Wage and Hour Investigative Support and Reporting Database located responsive documents. WHD completed its review of the responsive documents, and is partially denying your request pursuant to the following exemptions:

- Exemption 4 [5 U.S.C. § 552(b)(4)] – WHD is invoking this exemption to protect trade secrets, commercial or financial information that is privileged or confidential.

- Exemption 6 [5 U.S.C. § 552(b)(6)] – WHD is invoking this exemption to protect, information, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.

- Exemption 7(C) [5 U.S.C. § 552(b)(7)(C)] – WHD is invoking this exemption to protect records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information could reasonably be expected to constitute an unwarranted invasion of personal privacy.

- Exemption 7(E) [5 U.S.C. § 552(b)(7)(E)] – WHD is invoking this exemption to protect information, which if released, would disclose techniques, and procedures for law enforcement investigations or prosecutions that could reasonably be expected to risk circumvention of the law.

Responsive documents withheld in full total 11 pages. Responsive documents released total 11 pages and are attached. The costs incurred did not exceed the chargeable minimum; therefore, you have not been assessed related processing fees.

DF_007418

If you need any further assistance or would like to discuss any aspect of your request, please do not hesitate to contact FOIA Professional, Joel Saavedra, at 214-749-2025. If we cannot assist you in your concerns, you may also contact the Departmental FOIA Public Liaison, Thomas Hicks, at 202-693-5427 or email at *hicks.thomas@dol.gov*. Alternatively, you may contact the Office of Government Information Services National Archives and Records Administration regarding available mediation services at Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road, College Park, MD 20740-6001. You can also reach that office by email at *ogis@nara.gov*, by phone at 202-741-5770, by fax at 202-741-5769, or by calling toll-free at 877-684-6448.

Finally, if you are not satisfied with the response to this request, you may administratively appeal by writing to the Solicitor of Labor within 90 days from the date of this letter. The appeal must state in writing the grounds for the appeal, and it may include any supporting statements or arguments, but such statements are not required. In order to facilitate processing of the appeal, please include your mailing address and daytime telephone number, as well as a copy of the initial request and copy of this letter. The envelope and letter of the appeal should be clearly marked "Freedom of Information Act Appeal." Any amendment to the appeal must be made in writing and received prior to a decision. The appeal should be addressed to the Solicitor of Labor, Division of Management and Administrative Legal Services, U.S. Department of Labor, 200 Constitution Avenue, NW, Room N2420, Washington, DC 20210. Appeals may also be submitted by email to *foiaappeal@dol.gov*. Appeals submitted to any other email address will not be accepted.

Sincerely,

*Forrest T. Horak*

Forrest T. Horak
Disclosure Officer

Attachment

| Case Diary Entries | | | | | | U.S. Department of Labor |
|---|---|---|---|---|---|---|
| Case Id: 1789408 | | | | | | Wage and Hour Division |
| Name: Little John Transportation Service | | | | | | |
| **Action Date** | **Action Desc** | **Act** | **Place** | **Est Time** | **Non-Est** | **WHI** |
| 04/14/2016 | Case Registered (b) (7)(E) 3771921 FLSA | FLSA | | 0.00 | 0.00 | (b) (6) & (b) (7)(C) |
| 04/14/2016 | (b) (6) & (b) (7)(C), Assigned to Case and Given Privileges: | | | 0.00 | 0.00 | |
| 04/14/2016 | Robson Annie, Assigned to Case and Given Privileges: | | | 0.00 | 0.00 | |
| 04/14/2016 | (b) (7)(E) | FLSA | | 0.00 | 0.00 | |
| 04/15/2016 | (b) (7)(E) | FLSA | | 0.00 | 0.00 | |
| 04/15/2016 | (b) (7)(E) | FLSA | | 0.50 | 0.00 | |
| 04/21/2016 | Computed Back wages. | FLSA | | 0.50 | 0.00 | |
| 04/22/2016 | Called ER. Spoke to Vincent O'Bryan. Explained the situation of the case. He provided the phone number to the owner. | FLSA | | 0.25 | 0.00 | |
| 04/22/2016 | Called owner Chris Dale. I went over (b) (7)(E) He was disrespectful, he used profenity words. ER alleged that (b) is not due OT and will not pay. | FLSA | | 0.25 | 0.00 | |
| 04/22/2016 | (b) (7)(E) | FLSA | | 0.25 | 0.00 | |
| 04/22/2016 | (b) (7)(E) | FLSA | | 0.25 | 0.00 | |
| 04/22/2016 | Request MODO Control Record for E- | | | 0.00 | 0.00 | |

Date: 04/25/2016 4:28:44 PM        Case ID: 1789408        Page 1

DF_007420

| Action Date | Action Desc | Act | Place | Est Time | Non-Est | WHI |
|---|---|---|---|---|---|---|
| | Mail sent to Little Rock AR District Office 225 | | | | | (b) (6), (b) (7)(C) |
| 04/22/2016 | MODO Association with WH MODO Office Little Rock AR District Office | | | 0.00 | 0.00 | |
| 04/22/2016 | MODO Association E-Mail Sent | | | 0.00 | 0.00 | |
| | | | | 2.00 | 0.00 | |
| | | | Total Time: | | 2.00 | |

**Robson, Annie W - WHD**

| | |
|---|---|
| **From:** | Annie Robson <robson.annie@dol.gov> |
| **Sent:** | Tuesday, April 26, 2016 4:18 PM |
| **To:** | Grunauer, Hanz - WHD |
| **Cc:** | Murry, Dedrick W - WHD; Robson, Annie W - WHD; (b)(6) & (b)(7)(C) - WHD |
| **Subject:** | MODO Communication - CASE CONCLUSION: Little John Transportation Service |

▓▓▓(b)(7)(E)▓▓▓. ER did not agree ▓(b)(7)(E)▓.

DATE SENT: April 26, 2016

CASE ID (BRANCH ESTABLISHMENT): 1789408

NAME AND ADDRESS OF BRANCH ESTABLISHMENT Little John Transportation Service
701 North Post Oak RD
Houston, TX 77024

TELEPHONE NUMBERS(S) OF BRANCH ESTABLISHMENT Primary Phone Number: 281-974-4452 Secondary Phone Number: 479-967-3719

NAME AND ADDRESS OF HOME OFFICE
MODO ID: 65585
Little John Transportation Services, Inc
1819 South Knoxville Avenue
Russellville, AR 72802

CASE INFO
INVESTIGATING DISTRICT:
REGISTRATION ACT: FLSA
CASE STATUS: Concluded
CASE TYPE: (b)(7)(E)
DATE OF REGISTRATION: 04/14/2016

ACT, VIOLATION(S) ALLEGED
FLSA - Failure to pay proper overtime

MODO INFO
MODO OFFICE:
10810 Executive Center Drive

1

DF_007422

Suite 220
Little Rock, AR 72211

MODO TELEPHONE NUMBER(S)
Primary Phone Number: 501-221-4607
Secondary Phone Number: 501-221-4608
Primary Public Phone Number: 501-223-9114 FAX Number: 501-223-8734

LEAD MANAGER/OFFICE:
Robson, Annie
Houston TX District Office

LEAD INVESTIGATOR/OFFICE
(b) (6) & (b) (7)(C)
Houston TX District Office

BRANCH DO LOCATION
Alliance Tower
8701 S. Gessner Drive
Suite 1164
Houston, TX 77074-2944

BRANCH DO TELEPHONE NUMBER(S)
Primary Public Phone Number: 713-339-5500 FAX Number: 713-339-5590

MODO MANAGERS
MAIN MANAGER: Grunauer, Hanz
MODO INSTRUCTIONS/GUIDANCE INFORMATION


(b) (7)(E)

# WHISARD Compliance Action Report

## U.S. Department of Labor
### Wage and Hour Division

| | | | |
|---|---|---|---|
| Case ID: | **1789408** | Originating District: | **Houston TX District Office** |
| Local Filing Number: | **2016-199-00351** | Investigating. District: | **Houston TX District Office** |
| WHMIS Case Number: | | Lead Investigator: | **(b) (6) & (b) (7)(C)** |
| Registration Date: | **04/14/2016** | | |
| Assignment Date: | **04/14/2016** | | |

### Employer Information

| | | | |
|---|---|---|---|
| Trade Name: | **Little John Transportation Service** | Legal Name: | **Little John Transportation Services Inc** |
| Address: | **701 North Post Oak RD** | EIN: | **ER Refused** |
| | | County: | **Harris** |
| | | NAICS Code: | **484230** |
| | **Houston, TX 77024** | No. Of Employees: | **(b) (4)** |

### Investigation Information

| | | | | |
|---|---|---|---|---|
| Period Investigated From: | **08/18/2015** | BNPI: | | |
| To: | **04/15/2016** | Reinvestigation: | ☐ | |
| Investigation Type: | **(b) (7)(E)** | Recurring Violation: | ☐ | |
| Investigation Tool: | | Future Compliance Agreed: | ☐ | |
| Compliance Status: | **Not Applicable** | Involved in AG: | ☐ | |

### Recommended Action:

| | | | |
|---|---|---|---|
| BWFS: | ☐ | RO/NO Review: | ☐ |
| CMP: | ☐ | Follow Up Investigation: | ☐ |
| Litigation: | ☐ | Other Action: | ☐ |
| Civil Action: | ☐ | Denial of Future Certificate: | ☐ |
| Criminal Action: | ☐ | BW Payment Deadline: | |
| Submit For Opinion: | ☐ | Trailer forms attached: | ☐ |

*CMPs computed do not necessarily indicate CMPs assessed.

| | | | |
|---|---|---|---|
| Unduplicated Employees Found: | 0 | Unduplicated Employees Agreed: | 0 |
| Total Amount BWs Computed: | $0.00 | Total Amount BWs Agreed: | $0.00 |
| Total Amount LDs Computed: | $0.00 | Total Amount LDs Agreed: | $0.00 |

Date: 04/25/2016 4:32:42 PM    Case ID: 1789408    CAR    Page 1

DF_007424

# WHISARD Compliance Action Report

**Conclusions & Recommendations:**

**2.00 hrs FLSA. Unsuccessful** (b) (7)(E) (b) (7)(E)
(b) (7)(E) . ER alledged that [(b)(7)(E)] did not work OT. (b) (7)(E)
(b) (7)(E) . HRG was sent to ER.

(b) (6) & (b) (7)(C)

WHI Signature: _____ Date: **04/22/2016**
Reviewed By: _____ Date: _____

Date: 04/25/2016 4:32:42 PM    Case ID: 1789408    Page 2

DF_007425

# Wage Transcription and Computation Sheet

U.S. DEPARTMENT OF LABOR
Wage and Hour Division



Establishment/Employer: Little John Transportation
Date: 04/21/2016
Employee: (b) (6), (b) (7)(C)
Social Security No.:

| Year and Workweek Ending | Hours Worked | | | | | Total | Rate of Pay | | | | ½ Time Due | Amount Due Employee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015 | | | | | | Hours | | | | | | |
| 8/16 | RR= | (b)(4) | | | | 44 | (b)(4) | | | | (b)(4) | $27.28 |
| 8/22 | OT= | | | | | | | | | | | |
| 8/23 | RR= | (b)(4) | | | | 49 | | | | | | $55.08 |
| 8/29 | OT= | | | | | | | | | | | |
| 8/30 | RR= | (b)(4) | | | | 58 | | | | | | $93.06 |
| 9/5 | OT= | | | | | | | | | | | |
| 9/6 | RR= | (b)(4) | | | | 57 | | | | | | $89.59 |
| 9/12 | OT= | | | | | | | | | | | |
| 9/13 | RR= | (b)(4) | | | | 60 | | | | | | $114.60 |
| 9/19 | OT= | | | | | | | | | | | |
| 9/20 – 9/26 | RR (b)(4) | | | | | 58 | | | | | | |
| 9/27 – 10/3 | OT= | | | | | | | | | | | |
| 10/4 – 10/10 | | | | | | | | | | | | |
| 10/11 – 10/17 | | | | | | | | | | | | |
| 10/15 – 10/24 | | | | | | ↓ | | | | | | $465.30 |
| 10/?? | RR= | (b)(4) | | | | 49 | | | | | | $55.08 |
| 10/31 | OT= | | | | | | | | | | | |
| 11/1 | RR= | (b)(4) | | | | 58 | | | | | | $97.02 |
| 11/7 | OT= | | | | | | | | | | | |
| | | | | | | | | | | | | $997.01 |

Investigator: (b) (6) & (b) (7)(C)

Form WH-55
Rev. Aug. 1996

A

DF_007426

| Year and Workweek Ending | | Hours Worked | | | Total | Rate of Pay | | | ½ Time Due | | Amount Due Employee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/8 | RR= | (b) (4) | | | 53 | (b) (4) | | | | | |
| 11/14 | OT= | | | | | | | | | | $73.58 |
| 11/15 | RR= | | | | 58 | | | | | | |
| 11/21 | OT= | | | | | | | | | | $80.82 |
| 11/22 | RR= | | | | 58 | | | | | | |
| 11/28 | OT= | | | | | | | | | | $110.16 |
| 11/29 | RR= | | | | 58 | | | | | | |
| 12/5 | OT= | | | | | | | | | | $90.00 |
| 12/6 | RR= | | | | 59 | | | | | | |
| 12/12 | OT= | | | | | | | | | | $92.72 |
| 12/13 | RR= | | | | 51 | | | | | | |
| 12/19 | OT= | | | | | | | | | | $63.69 |
| 12/20 | RR= | | | | 54 | | | | | | |
| 12/26 | OT= | | | | | | | | | | $75.18 |
| 12/27 | RR= | | | | 58 | | | | | | |
| 1/2/2016 | OT= | | | | | | | | | | $80.82 |
| 2016 1/3 | RR= | | | | 58 | | | | | | |
| 1/9 | OT= | | | | | | | | | | $72.90 |
| 1/10 | RR= | | | | 57 | | | | | | |
| 1/16 | OT= | | | | | | | | | | $86.53 |
| 1/17 | RR= | | | | 58 | | | | | | |
| 1/23 | OT= | | | | | | | | | | $104.04 |
| | | | | | | | | | | | $930.44 |

Show name, address including Zip Code if known, Social Security Number, and Occupation as appropriate of each employee for whom transcription or computations are made on this sheet.

DF_007427

| Year and Workweek Ending | Hours Worked | | | | | | Total | Rate of Pay | | | ½ Time | | | Amount Due Employee | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/24 | RR= | (b)(4) | | | | | 58 | (b)(4) | | | | | | | |
| 1/30 | OT= | | | | | | | | | | | | | $83.88 | |
| 1/31 | RR= | | | | | | 58 | | | | | | | | |
| 2/6 | OT= | | | | | | | | | | | | | $82.26 | |
| 2/7 | RR= | | | | | | 39 | | | | | | | | |
| 2/13 | | | | | | | | | | | NO VIOLATION | | | | | |
| 2/14 | RR= | | | | | | 58 | (b)(4) | | | | | | | |
| 2/20 | OT= | | | | | | | | | | | | | $110.16 | |
| 2/21 | RR= | | | | | | 58 | | | | | | | | |
| 2/27 | OT= | | | | | | | | | | | | | $84.60 | |
| 2/28 | RR= | | | | | | 58 | | | | | | | | |
| 3/5 | OT= | | | | | | | | | | | | | $90.00 | |
| 3/6 | RR= | | | | | | 49 | | | | | | | | |
| 3/12 | OT= | | | | | | | | | | | | | $64.25 | |
| 3/13 | RR= | | | | | | 58 | | | | | | | | |
| 3/19 | OT= | | | | | | | | | | | | | $96.30 | |
| 3/20 | RR= | | | | | | 36 | | | | | | | | |
| 3/26 | | | | | | | | | | | NO VIOLATION | | | | | |
| 3/27 | RR= | | | | | | 58 | (b)(4) | | | | | | | |
| 4/2 | OT= | | | | | | | | | | | | | $112.50 | |
| 4/3 | RR= | | | | | | 58 | | | | | | | | |
| 4/9 | OT= | | | | | | | | | | | | | $100.08 | |
| | | | | | | | | | | | | | | $82.13 | |
| TOTAL = $2,751.58 | | | | | | | | | | | | | | | |

Show name, address including Zip Code if known, Social Security Number, and Occupation as appropriate of each employee for whom transcription or computations are made on this sheet.

DF_007428

Robson, Annie W - WHD

**From:** (b)(6) & (b)(7)(C) < (b)(6) & (b)(7)(C) >
**Sent:** Friday, April 22, 2016 2:44 PM
**To:** Grunauer, Hanz - WHD
**Cc:** Murry, Dedrick W - WHD; (b)(6) & (b)(7)(C) - WHD; Robson, Annie W - WHD; Hanks, Rebecca - WHD; Mallett, Robin R - WHD; Samaniego, Adrian C - WHD; (b)(6) & (b)(7)(C) M - WHD; Ford, Martha S - WHD; McQueen, Kristen L - WHD; Ogunleye.Emmanuel@dol.gov; (b)(6) & (b)(7)(C) - WHD; (b)(6) & (b)(7)(C) - WHD
**Subject:** MODO COMMUNICATION - CASE ASSOCIATED: Little John Transportation Service

DATE SENT: April 22, 2016

INQUIRING OFFICE: Houston TX District Office

CASE ID (BRANCH ESTABLISHMENT): 1789408
CASE TRADE NAME: Little John Transportation Service CASE LEGAL NAME: Little John Transportation Services Inc

MODO OFFICE: Little Rock AR District Office MODO ID: 65585 MODO TRADE NAME: Little John Transportation Services, Inc

ADDRESS OF BRANCH ESTABLISHMENT
701 North Post Oak RD
Houston, TX 77024

TELEPHONE NUMBERS(S) OF BRANCH ESTABLISHMENT Primary Phone Number: 281-974-4452 Secondary Phone Number: 479-967-3719

NAME AND ADDRESS OF HOME OFFICE
Little John Transportation Services, Inc
1819 South Knoxville Avenue
Russellville, AR 72802

CASE INFO
REGISTRATION ACT: FLSA
CASE STATUS: Assigned
CASE TYPE: (b)(7)(E)
DATE OF REGISTRATION: 04/14/2016
ORIGINATING DO: Houston TX District Office

INVESTIGATING DO: Houston TX District Office

AMOUNT BW COMPUTED: $2,751.58

AMOUNT BW AGREED:   $0.00
AMOUNT LD COMPUTED: $0.00
AMOUNT LD AGREED:   $0.00
AMOUNT CMP ASSESSED: $0.00

ACT, VIOLATION(S) (b) (7)(E)
FLSA - Failure to pay proper overtime

MODO INFO
10810 Executive Center Drive
Suite 220
Little Rock, AR  72211

MODO TELEPHONE NUMBER(S)
Primary Phone Number: 501-221-4607
Secondary Phone Number: 501-221-4608
Primary Public Phone Number: 501-223-9114 FAX Number: 501-223-8734

LEAD MANAGER/OFFICE
Robson, Annie
Houston TX District Office

LEAD INVESTIGATOR/OFFICE
(b) (6) & (b) (7)(C)
Houston TX District Office

BRANCH DO LOCATION
Alliance Tower
8701 S. Gessner Drive
Suite 1164
Houston, TX  77074-2944

BRANCH DO TELEPHONE NUMBER(S)
Primary Public Phone Number: 713-339-5500 FAX Number: 713-339-5590

CASE SUMMARY NOTES
2.00 hrs FLSA. (b) (7)(E) . SEC 7 violation found. $2,751.58 was computed. ER refused to comply. 
(b) (7)(E)

MODO MANAGERS
MAIN MANAGER: Grunauer, Hanz
BACKUP MANAGER: Murry, Dedrick

2

DF_007430