IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MICHELLE WARNER, Individually
and on Behalf of All Others
Similarly Situated                                                              PLAINTIFF

    V.                    Civil No. 19-5042

LITTLE JOHN TRANSPORTATION
SERVICES, INC.                                                                  DEFENDANTS

## O R D E R

The parties have entered into a settlement agreement after participating in a settlement conference conducted by the undersigned on October 22, 2020. The undersigned presided over the settlement conference and the parties have consented to my jurisdiction. The undersigned approves the settlement agreement as fair and reasonable.

Accordingly, it is hereby ORDERED that the case be, and it is hereby, dismissed with prejudice, subject to the terms of the settlement agreement, pursuant to Federal Rule of Civil Procedure 41(a)(2) The Court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this court to enforce the settlement agreement specifically.

IT IS SO ORDERED this 9th day of November 2020.

*/s/ Erin L. Wiedemann*
HON. ERIN L. WIEDEMANN
CHIEF, UNITED STATES MAGISTRATE JUDGE